■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR MILLER, Appellant. [658 NYS2d 1001] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered October 10, 1996.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.